# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IHOP RESTAURANTS LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:25-cv-00124-SDD-SDJ |
| 1930, LLC, | ) ) |
| Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR TEMPORARY-RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff IHOP Restaurants LLC ("IHOP"), by and through the undersigned counsel, hereby moves the Court, pursuant to Fed. R. Civ. P. 65 and 15 U.S.C. § 1116(a), for a temporary-restraining order ("TRO") and preliminary injunction against Defendant 1930, LLC ("1930" or "Defendant"). For the reasons stated in IHOP's contemporaneously filed Memorandum in Support of Motion for Temporary-Restraining Order and Preliminary Injunction ("Memorandum in Support"), IHOP respectfully requests prompt entry of a TRO to prevent immediate and irreparable harm to IHOP, until IHOP's request for a preliminary injunction can be heard. As set forth in IHOP's Memorandum in Support, a TRO is necessary to immediately enjoin Defendant from operating the IHOP® restaurant located at 3006 College Drive, Baton Rouge, Louisiana 70808 (the "Franchised Restaurant") and using IHOP's trademarks in connection with such operation, in violation of its post-termination obligations under a franchise agreement and related agreements. IHOP has satisfied the requirements for issuing a TRO and Preliminary Injunction and has demonstrated why a TRO should be issued without notice, notwithstanding efforts made to provide notice to Defendant.

WHEREFORE, Plaintiff IHOP Restaurants LLC prays that this Court issue a temporary-restraining order, as well as a preliminary and permanent injunction, against Defendant, and its officers, agents, servants, employees, attorneys, and other persons acting in concert with Defendant:

(i) enjoining Defendant from operating the Franchised Restaurant;

(ii) enjoining Defendant from using IHOP's trademarks, service mark, logo, or trade name that is confusingly similar to IHOP's trademarks and trade name;

(iii) enjoining Defendant from otherwise infringing IHOP's trademarks and tradenames or using any similar designation, alone or in combination with any other component;

(iv) enjoining Defendant from passing off any of its goods or services as those of IHOP's or IHOP's authorized franchisees;

(v) enjoining Defendant from causing likelihood of confusion or misunderstanding as to the source or sponsorship of its business, goods, or services;

(vi) enjoining Defendant from causing likelihood of confusion or misunderstanding as to its affiliation, connection, or association with IHOP and IHOP's franchisees or any of IHOP's goods or services; and

(vii) enjoining Defendant from unfairly competing with IHOP or IHOP's franchisees, in any manner; and

(viii) requiring Defendant to file with the Court and to serve upon IHOP's counsel within ten (10) calendar days of entry of any injunction or order issued herein, a written report, under oath, setting forth in detail the manner in which Defendant has complied with such injunction or order.

Dated: February 12, 2025

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:   /s/ *Brian M. Ballay*_____
Adam B. Zuckerman (#25943)
Brian M. Ballay (#29077)
Benjamin W. Janke (#31796)
Joseph P. Briggett (#333029)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
azuckerman@bakerdonelson.com
bballay@bakerdonelson.com
bjanke@bakerdonelson.com
jbriggett@bakerdonelson.com

Victor C. Johnson (#25731)
James D. Tuck, *to be admitted pro hac vice*
DENTONS US LLP
100 Crescent Court, Suite 900
Dallas, Texas 75201
Telephone: (214) 259-0900
Facsimile: (214) 259 0910
victor.johnson@dentons.com
james.tuck@dentons.com

Joel D. Siegel, *to be admitted pro hac vice*
Norman M. Aspis, *to be admitted pro hac vice*
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
joel.siegel@dentons.com
norman.aspis@dentons.com

Brian P. Baggott, *to be admitted pro hac vice*
DENTONS US LLP
4520 Main Street, Ste. 1100
Kansas City, Missouri 64108
Telephone: (816) 460-2654
Facsimile: (816) 531-7545 brian.baggott@dentons.com

**ATTORNEYS FOR PLAINTIFF IHOP RESTAURANTS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that service of a copy of the foregoing pleading or paper on the Defendant shall be made in the manner and time as may be required by the Federal Rules of Civil Procedure and the Local Rules of this Court.

    */s/ Brian M. Ballay*
    Brian M. Ballay